**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ANTOINE PORTIS, Jr., <br><br> Petitioner, <br><br> vs. <br><br> M. D. BITER, Warden, <br><br> Respondent. | Case No. CV 13-05616-MWF (KES) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: August 4, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1